

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-15-00732-CV

Style:                   Marina Presley

                         v. N.V. Masureel Veredeling

Date motions filed[*]:    October 1, 2015

Type of motions:      Unopposed Motion to Enlarge to File Appellant's Brief

Party filing motion:    Appellant

Document to be filed:  Appellant's Brief

Is appeal accelerated?    No

If motion to extend time:

        Original due date:

        Number of previous extensions granted:        Current Due date:

        Date Requested:

Ordered that motions are:

      ☐      Granted in part and dismissed in part

            If document is to be filed, document due:

            ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☑    Dismissed (moot)

      ☐      Other: _____

    The clerk's record was filed with this Court on September 10, 2015. However, a reporter's record is not yet due and has not been filed. *See* TEX. R. APP. P. 35.1; *see also id.* 34.6(b) (providing for request for preparation of. court reporter's record). Because the appellate record is not yet complete, appellant's brief is not due. *See* TEX. R. APP. P. 38.6(a). Accordingly, we dismiss appellant's motion for an extension to file appellant's brief as moot.

Judge's signature:   /s/ Terry Jennings
                  ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  October 6, 2015